SCAD-10-0000170

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

vs.

MARK F. BUCKMAN, Respondent.

---

ORIGINAL PROCEEDING
(ODC 10-073-8907)

ORDER OF PUBLIC CENSURE
(By: Recktenwald, C.J., Nakayama, Acoba, and Duffy, JJ.,
and Intermediate Court of Appeals Chief Judge Nakamura,
assigned by reason of vacancy)

Upon consideration of the Office of Disciplinary
Counsel's Petition for Issuance of Reciprocal Discipline Notice,
our December 8, 2010 Notice and Order, Assistant Disciplinary
Counsel's affidavit regarding service of the notice and order,
Respondent Mark F. Buckman's lack of response thereto, and the
record, it appears Respondent Buckman stipulated to, and the
California State Bar Court imposed a public reproval with
conditions, upon stipulation of misconduct in two cases wherein
Respondent Buckman failed "to pay promptly, as requested by a
client, funds in [his] possession [that] the client was entitled
to receive," and "to maintain the respect due to the courts of

justice and judicial officers."  It further appears that such conduct merits the substantially equivalent discipline of public censure in this jurisdiction.  Therefore,

IT IS HEREBY ORDERED that Respondent Buckman is hereby publically censured.

IT IS FURTHER ORDERED that Respondent Buckman shall comply with the stipulated conditions imposed by the California State Bar Court and shall submit an affidavit of compliance to this court, under the case number on this order, after all conditions have been met.

DATED: Honolulu, Hawaiʻi, March 9, 2011.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Craig H. Nakamura

